*518 PER CURIAM: *
The judgment of the district court is affirmed. The volume of this marijuana and manner of its transportation in the wall of a large tractor trailer, behind metal plate and plywood, justified the jury’s decision that more than one person was involved. See United States v. Vasquez, 677 F.3d 685 (5th Cir.2012). The testimony of the chemist supported the finding that the substance was marijuana. It was packaged in 150 bundles tightly packed of the same size, colored red and black, all heavily taped alike in bundles of the same size and stacked together in a compartment hidden behind the plate and board. The jury found that the bundles contained marijuana weighing at least 100 kilograms. This court cannot say that finding was irrational.
AFFIRMED.

 Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.